IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>EFRAN CORNEJO YANEZ, a/k/a PEDRO PERALTA, a/k/a LAZARO BENITEZ,<br><br>Defendant. | NO. 7:06-mJ-13<br><br>CRIMINAL COMPLAINT |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

On or about December 5, 2006, in the Middle District of Georgia, EFRAN CORNEJO YANEZ, a/k/a PEDRO PERALTA, a/k/a LAZARO BENITEZ, did commit the following act: Unlawful flight to avoid prosecution, in violation of 18 U.S.C. Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts: SEE ATTACHED.

*C. Anthony Smith*
C. ANTHONY SMITH
S.A., F.B.I.

Sworn to and Subscribed Before me in Albany, Georgia,
This 12th day of December, 2006.

_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT

I, C. Anthony Smith, being duly sworn, do hereby depose and state:

I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Atlanta Field Office.

On December 05, 2006, Georgia Bureau of Investigation Special Agent James Karnes contacted the Valdosta Resident Agency of the FBI to request assistance in locating an individual wanted for Homicide. SA Karnes provided the following information:

Efran Cornejo Yanez, a.k.a. Pedro Peralta, a.k.a. Lazaro Benitez, date of birth February 25, 1966, social security number 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, on April 15, 2006, shot three males with a handgun, in Berrien, County, Georgia. One of the individuals died as a result of the shooting. Yanez has been charged with murder. An arrest warrant was issued for this offense on April 16, 2006. Yanez has since fled Georgia. Yanez has been charged with a violation of O.C.G.A, 16-5-1 felony murder.

Yanez has fled Georgia to thwart these charges. Yanez is believed to be hiding out in Florida or Texas.

The Georgia Alapaha Judicial Circuit District Attorney Cathy Helms has agreed to extradite Yanez.

Based upon the above information your affiant believes that probable cause exists that Yanez has fled the State of Georgia in order to avoid prosecution for the felony offense for which he has been charged. Your affiant respectfully requests that an arrest warrant be issued charging Yanez with violation of Title 18, Untied States Code, Section 1073, Unlawful Flight to Avoid Prosecution (UFAP).

Sworn to this ___ day of December, 2006

_C. Anthony Smith_
C. ANTHONY SMITH
S.A. F.B.I.

_Richard L. Hodge_
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE